# United States District Court

## *Southern District of Georgia*

SBCR, INC. (d/b/a Southern
Concrete Repair

_____

Plaintiff

**v.**

SKANSKA USA CIVIL
SOUTHEAST, INC., FIDELITY ✚

_____

Defendant

Case No. __2:14-cv-00144-LGW-JEG__

Appearing on behalf of

Defendants

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission
*pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in
the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This __26th__ day of __September__, __2014__

_____

JAMES E. GRAHAM
***** UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:       Bruce A. Norris
_____

Business Address:         Kirwin Norris, P.A.
_____
                                    Firm/Business Name

                          15 W. Church Street
_____
                                    Street Address

| Suite 301 | Orlando | FL | 32801 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
               Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (407) 740-6600 | | 545834 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:            ban@kirwinnorris.com
_____