# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

SBCR, INC., d/b/a Southern Concrete )
Repair )
 )
v. ) CV 214-144
 )
 )
SKANSKA USA CIVIL SOUTHEAST, et al)

## ORDER

The parties in the above captioned case have filed a Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41. This Stipulation is hereby GRANTED and all claims pending in this case are hereby dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this ___ day of April, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA